# 24-1770

# United States Court of Appeals for the Federal Circuit

**GARLAND WILLIAMSON,**
*Claimant-Appellant*

*v.*

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-526, Judge Amanda L. Meredith

## Notice of Correction

**Informal Brief and Continuation Pages Correction**

The page numbers in the Table of Contents were corrected to align with the content; no other changes were made.

/s/ Garland O. Williamson
675 President Street, Unit 2502
Baltimore, Maryland 21202
410 340-6683 (cell)
garland.williamson@verizon.net